## Commonwealth ex rel. Painter, Appellant, *v.* Painter.

Argued June 11, 1974. *Charles A. Bierbach,* for appellant; *Allan W. Holman, Jr.,* for appellees.

Order affirmed.

## Disney *v.* Bradley et ux., Appellants.

Argued June 10, 1974. *Edward J. Carney, Jr.,* with him *Francis T. Shandi, Stephen H. Palmer,* and *Fronefield, DeFuria and Petrikin,* for appellants; *Arthur Levy,* with him *Stephen J. Polaha,* and *Levy and Levy,* for appellees.

Order affirmed.

## Fachet, Appellant, *v.* Twaddell.

Argued June 10, 1974. *John Lachall,* with him *G. Clinton Fogwell, Jr.,* and *Reilly and Fogwell,* for appellant; *Lawrence MacElree,* with him *Richard Reifsnyder,* and *MacElree, Platt, Harvey & Gallagher,* for appellee.

Order affirmed.